THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Billy Lee, Appellant.
 
 
 
 
 

Appeal from Horry County
Steven H. John, Circuit Court Judge

Unpublished Opinion No. 2010-UP-099
 Submitted January 4, 2010  Filed February
4, 2010   

APPEAL DISMISSED

 
 
 
 Acting Chief Appellate Defender Robert M. Dudek,
 of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster,
 Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney
 General Donald J. Zelenka, all of Columbia; Solicitor J. Gregory Hembree, of Conway,
 for Respondent.
 
 
 

PER CURIAM: Billy Lee appeals his conviction for murder and
 sentence for life imprisonment without parole arguing that the trial court
 erred in not charging the jury on the offense of involuntary manslaughter.  After a thorough review of the record, and
 counsel's brief, pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the
 appeal and grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
WILLIAMS, PIEPER, and Lockemy, JJ., concur. 

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.